FILED

JAN 1 1 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

HSG

**CASE NAME:**

USA v.  Adam Thatcher Lawrence

**CASE NUMBER:** CR18-0014

CR

| | | | |
|---|---|---|---|
| **Is This Case Under Seal?** | Yes | No ✓ | |
| **Total Number of Defendants:** | 1 ✓ | 2-7 | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✓ | |
| **Venue (Per Crim. L.R. 18-1):** | SF | OAK ✓ | SJ |
| **Is this a potential high-cost case?** | Yes | No ✓ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✓ | |
| **Is this a RICO Act gang case?** | Yes | No ✓ | |

**Assigned AUSA (Lead Attorney):** Katherine Lloyd-Lovett

**Date Submitted:** January 11, 2018

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM      SAVE PDF