1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KATHERINE M. LLOYD-LOVETT (CABN 276256)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        katherine.lloyd-lovett@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO: 18-00014 HSG |
|---|---|
| Plaintiff, | ) STIPULATION TO EXCLUDE TIME FROM<br>) APRIL 2, 2018, THROUGH APRIL 9, 2018, AND |
| v. | ) ORDER |
| ADAM THATCHER LAWRENCE, | ) |
| Defendant. | ) |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Adam Thatcher Lawrence, that time be excluded under the Speedy Trial Act from April 2, 2018, through April 9, 2018.

At the status conference held on April 2, 2018, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conference on April 2, 2018, the parties stipulate and agree that excluding time until April 9, 2018, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from April 2, 2018, through April 9, 2018, from computation under the Speedy Trial Act

STIPULATION TO EXCLUDE TIME AND ORDER
CR 18-00014 HSG

outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: April 4, 2018

      /s/
KATHERINE M. LLOYD-LOVETT
Assistant United States Attorney

DATED: April 4, 2018

      /s/
WILLIAM OSTERHOUDT
ALEXANDRA MCCLURE
Counsel for Defendant ADAM LAWRENCE

STIPULATION TO EXCLUDE TIME AND ORDER
CR 18-00014 HSG

1 **ORDER**

2     Based upon the facts set forth in the stipulation of the parties and the representations made to the
3 Court on April 2, 2018, and for good cause shown, the Court finds that failing to exclude the time from
4 April 2, 2018, through April 9, 2018, would unreasonably deny defense counsel and the defendant the
5 reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
6 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the
7 time from April 2, 2018 to April 9, 2018, from computation under the Speedy Trial Act outweigh the
8 best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the
9 parties, IT IS HEREBY ORDERED that the time from April 2, 2018, through April 9, 2018, shall be
10 excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

11     IT IS SO ORDERED.

13 DATED: April 4, 2018_                _____
14                                                   HON. HAYWOOD S. GILLIAM, JR.
                                                  UNITED STATES DISTRICT JUDGE