UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. CR 18-0014 HSG** |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| ADAM THATCHER LAWRENCE, | |
| Defendant. | |

On July 10, 2018, the court entered a Preliminary Order of Forfeiture forfeiting the following property:

(1) one leopard (*Panthera pardus*) skin and skull seized from the defendant's house on or about October 26, 2016;

(2) one .270 caliber hunting rifle;

(3) A mountain lion (*Puma concolor*) taxidermy mount and skull;

(4) A carved hippopotamus (*Hippopotamus amphibius*) tusk;

FINAL ORDER OF FORFEITURE
CR 18-0014 HSG                                                         1

(5) Whale bones (species unknown); and

(6) A harbor seal (*Phoca vitulina*) skin,

pursuant to Title 18, United States Code, Sections 545, 924(d)(1), and 2451(c) and Title 16, United States Code, Section 3374(a).

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

**THEREFORE IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Sections 545, 924(d)(1), and 2451(c) and Title 16, United States Code, Section 3374(a). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: September 14, 2018

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge